# EXHIBIT 4

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

<u>VERIFIED PETITION</u>

Petitioner(s)

William King Moss III

Respondent(s)

| | |
|---|---|
| Brentwood Union Free School District | Simone Holder-Daniel |
| Brentwood Board of Education | Maria Gonzalez-Prescod |
| Richard Loeschner | Cynthia Ciferri |
| Robert Feliciano | Rosa Cortese |
| G. Paula Moore | Rosa Nieves |
| Julia Burgos | |
| Eileen Felix | |

On the actions taken on and surrounding September 2, 2020 by the Brentwood Union Free

School District, the Board of Education of the Brentwood Union Free School District,

Superintendent Richard Loeschner, Trustees Robert Feliciano, G. Paula Moore,

Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod and Cynthia Ciferri,

and principal appointees Rosa Cortese and Rosa Nieves regarding negligence of duty, violations

of the Constitution of the State of New York, New York State Education Laws, New York State

Civil Rights Laws and New York State Executive Laws.

1

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

To the Commissioner of Education:

1.  William King Moss III resides at 32 S. 5th Ave, Brentwood, NY 11717 and is a

    homeowner and tax-payer in the Brentwood Union Free School District.

2.  William King Moss III has 20 years of experience in public education and is NYSED

    certified permanently in Math 5-12, SAS, SBA, and SDA. (See Exhibit A)

3.  Petitioner humbly requests that the Commissioner of Education permit alternative service

    in accordance with Commissioner Regulation 275.8(f) for the following reasons:

    a.  As a result of the COVID-19 crisis, the Petitioner was unable to retain an attorney

        willing to file this petition, and therefore had to prepare and serve this appeal pro

        se.

    b.  As a result of the COVID-19 crisis, the Petitioner was unable to secure process

        servers willing to physically risk COVID-19 infection.

4.  As an applicant, William King Moss III presents the cause of action as and seeks remedy

    for the violation of his civil right to equal employment opportunity when he was denied

    the equal opportunity to compete for two (2) elementary principal positions by the

1

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

---

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

Respondents contacting him only 24 hours before his interview while contacting other

candidates six (6) or more days before their interviews, a violation of his civil right.

5.  As a resident and registered voter of the Brentwood Union Free School District, William

King Moss III presents the cause of action as and seek remedy for the negligence of duty

of the Superintendent of Schools, the Board of Education and the individual trustees in

their persistence in conducting both unlawful and illegal hiring practices to the advantage

of Whites/Caucasians and the disadvantage of Blacks/African-Americans, a violation of

the personal right of voters to be governed by law abiding government officials.

6.  As a taxpayer of the Brentwood Union Free School District, William King Moss III

presents the cause of action as and seeks remedy for both the unlawful and illegal

expenditure of school district funds in the hiring of two (2) White/Caucasian elementary

principals (one Hispanic, one Non-Hispanic) without providing equal employment

opportunity to Blacks/African-Americans, and the negligence of duty of the

Superintendent of Schools, the Board of Education and the individual trustees to adhere

to state laws in recommending (Superintendent) and approving (Board and Board

trustees) said unlawful and illegal expenditures, a violation of and claim upon his

property rights as tax-payers.

2

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

7.  Brentwood Union Free School District and Board of Education are located at 52 Third

Ave, Brentwood, NY 11717

8.  Robert Feliciano resides at 91 Kopf Street, Brentwood, NY 11717. Robert Feliciano is

the sitting president of the Brentwood Board of Education.

9.  G. Paula Moore resides at 35 Grahn St, Brentwood, NY 11717. Paula Moore is the sitting

first vice president of the Brentwood Board of Education.

10. Eileen Felix resides at 205 Madison Ave, Brentwood, NY 11717. Eileen Felix is a sitting

trustee of the Brentwood Board of Education.

11. Julia Burgos resides at 1615 N. Thompson Dr., Bay Shore, NY 11706. Julia Burgos is a

sitting trustee of the Brentwood Board of Education.

12. Maria Gonzalez-Prescod resides at 1673 North Thompson Drive, Bay Shore, NY 11706.

Maria Gonzalez-Prescod is the sitting second vice president of the Brentwood Board of

Education.

13. Simone Holder-Daniel resides at 5 Columbus Ave, Brentwood, NY 11717. Simone

Holder-Daniel is a sitting trustee of the Brentwood Board of Education.

14. Cynthia Ciferri resides at 61 Morton St, Brentwood, NY 11717. Cynthia Ciferri is a

sitting trustee of the Brentwood Board of Education.

3

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

15. Richard Loeschner resides at 211 Brook St, Brentwood, NY 11717. Richard Loescher is

the Brentwood UFSD Superintendent of Schools.

16. Upon information and belief, Rosamaria Cortese resides at 1 Forest Ct, Patchogue, NY

11772.

17. Upon information and belief, Rosa Nieves resides at 1400 Odell St, Wantagh, NY 11793.

18. Rosamaria Cortese is also known as Rosa Cortese.

19. William King Moss III is Black/African-American.

20. Rosamaria Cortese is White/Caucasian Non-Hispanic.

21. Rosa Nieves is White/Caucasian Hispanic.

22. All Brentwood Union Free School District school board trustees and school

administrators have a legal duty and obligation to uphold the Constitution of the State of

New York.

23. All Brentwood Union Free School District school board trustees and school

administrators have a legal duty and obligation to uphold New York State Executive Law.

24. All Brentwood Union Free School District school board trustees and school

administrators have a legal duty and obligation to uphold New York State Education Law.

4

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

25. All Brentwood Union Free School District school board trustees and school

administrators have a legal duty and obligation to uphold New York State Civil Rights

Law.

26. All Brentwood Union Free School District school board trustees and school

administrators have a legal duty and obligation to uphold the School Board Policies of

the Brentwood Union Free School District.

27. On August 20, 2020, the Superintendent of Schools recommended that Rosamaria

Cortese be appointed as an elementary school principal.

28. On August 20, 2020, the Board of Education voted to table the appointment of Rosamaria

Cortese.

29. Upon information and belief, the Board of Education tabled the vote in order to coerce

the Superintendent to hire Ana Martinez, a former board trustee, to the second elementary

principal position.

30. On August 29, 2020, the Brentwood Teachers Association president published in his

newsletter that the Board of Education president, Robert Feliciano was trying to hire his

friend Ana Martinez.

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

31. In Commissioner's Decision 17,602, the Commissioner of Education decided that the

Respondents gave no reason for not interviewing the petitioner. (Exhibit B)

32. Denying a Black/African-American candidate an interview when required to do so by

statute while providing an interview to the other Non-Black/African-American candidate

violates the Black/African-American candidate's civil right to equal employment

opportunity as in the case of Decision 17,602.

33. This is the second time that the Board of Education has moved to coerce the

superintendent to hire a Hispanic administrator by denying/tabling and thus holding

hostage the appointment of a candidate recommended by the Superintendent of Schools.

34. By pattern of practice the Board of Education's interest in hiring Hispanics into

administration is so strong that they purposefully engage in the practice of illegal

quid-pro-quo's to effect a Hispanic recommendation from the Superintendent of Schools

for administrative positions.

35. The acts of promoting Hispanic candidates for administrative offices are forms of

color/race and national origin discrimination.

36. The acts of promoting Hispanic candidates for administrative offices by engaging in

quid-pro-quos that require the compromise of one (1) Superintendent's White/Caucasian

6

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

choice for one (1) Hispanic Board of Education's choice effectively blocks

Blacks/African-Americans from

37. New York State Penal Code Section 200.56 states:

" A person is guilty of corrupt use of position or authority if such person:

1. While holding public office, or being nominated or seeking a nomination therefor,

corruptly uses or promises to use, directly, or indirectly, any official authority or

influence possessed or anticipated, in the way of conferring upon any person, or in order

to secure, or aid any person in securing, any office or public employment, or any

nomination, confirmation, promotion or increase of salary, upon consideration that the

vote or political influence or action of the person so to be benefited or of any other

person, shall be given or used in behalf of any candidate, officer or party or upon any

other corrupt condition or consideration;"

38. The Board of Education trustees that tabled the vote for Rosamaria Cortese directly used

their appointment authority to confer the elementary position upon Rosamaria Cortese

upon consideration that the Superintendent of Schools would and in order to coerce the

Superintendent of Schools to recommend a Hispanic candidate (first attempting Ana

Martinez, then settling on Rosa Nieves) for the second elementary principal vacancy.

7

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

39. It is illegal for the Board of Education to use its power to coerce the Superintendent to

recommend a person for position by way of actionably considering and denying or

holding in abeyance his or her recommended and preferred candidate for a different

position.

40. This is the second time in the observation of the petitioner that the Board of Education

has engaged in an illegal quid-pro-quo to the detriment of highly qualified

Blacks/African-American applicants.

41. Commissioner Decision 17,602 admonished the Respondents, including current trustees

Robert Feliciano, Paula Moore and Maria Gonzalez-Prescod, to comply with policy 9240

in all administrative recruitments. (See Exhibit B)

42. As the Petitioner and complainant in Decision 17,602 (See Exhibit B), I, William King

Moss III seek remedy for and present the cause of action for my personal right to have

the Commissioner address that Respondents decision not to follow policy 9240 in its

entirety in hiring two (2) elementary school principals on September 2, 2020.

43. Not giving Blacks/African-Americans equal employment opportunity for public

employment while giving Whites/Caucasians an advantage in public employment is an

act of discrimination in New York State.

8

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

_____

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

44. New York State Education Law, Article 7, Section 306 states:

§ 306. Removal of school officers; withholding public money. 1.

Whenever it shall be proved to his satisfaction that any trustee, member

of a board of education, clerk, collector, treasurer, district

superintendent, superintendent of schools or other school officer is a

member of an organization listed as subversive by the board of regents

pursuant to the provisions of section three thousand twenty-two of this

chapter, or has been guilty of any wilful violation or neglect of duty

under this chapter, or any other act pertaining to common schools or

other educational institution participating in state funds, or wilfully

disobeying any decision, order, rule or regulation of the regents or of

the commissioner of education, said commissioner, after a hearing at

which the school officer shall have the right of representation by

counsel, may, by an order under his hand and seal, which order shall be

recorded in his office, remove such school officer from his office.

45. The Commissioner of Education has the power and authority to remove school board

trustees and the Superintendent of Schools if they are guilty of any wilful violation or

9

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

neglect of duty under New York State Education Law or any other act pertaining to

common schools or other educational institutions participating in state funds.

46. The Constitution of the State of New York pertains to and governs the acts of Brentwood

Union Free School District, its Board of Education, its Board of Education trustees as

individuals and its employees.

47. New York State Education Laws pertain to and govern the acts of Brentwood Union Free

School District, its Board of Education, its Board of Education trustees as individuals and

its employees.

48. New York State Civil Rights Laws pertain to and govern the acts of Brentwood Union

Free School District, its Board of Education, its Board of Education trustees as

individuals and its employees.

49. New York State Executive Laws pertain to and govern the acts of Brentwood Union Free

School District, its Board of Education, its Board of Education trustees as individuals and

its employees.

50. New York State Education Law, Article 34, Section 308 states:

§ 308. Other powers.   The commissioner of education shall also have

power and it shall be his duty to cause to be instituted such

10

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

> proceedings or processes as may be necessary to properly enforce and
>
> give effect to any provision in this chapter or in any other general or
>
> special law pertaining to the school system of the state or any part
>
> thereof or to any school district or city. He shall possess the power
>
> and authority to likewise enforce any rule or direction of the regents.

51. The Commissioner of Education has the power to enforce any general law or special law pertaining to any school district.

52. The Commissioner of Education has the power to enforce any rule or direction of the regents.

53. New York State Education Law, Article 35, Section 1706 states:

> § 1706. Power of removal of member of board of education. For cause
>
> shown, and after giving notice of the charge and opportunity of defense,
>
> the commissioner of education may remove any member of a board of
>
> education. Wilful disobedience of any lawful requirement of the
>
> commissioner of education, or a want of due diligence in obeying such
>
> requirement or wilful violation or neglect of duty is cause for removal.

54. Wilful violation or neglect of duty is cause for removal of a Board of Education member.

11

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

55. New York State Education Law, Article 61, Section states:

§ 3002. Oath to support federal and state constitutions. It shall be
unlawful for any citizen of the United States to serve as teacher,
instructor or professor in any school or institution in the public
school system of the state or in any school, college, university or
other educational institution in this state, whose real property, in
whole or in part, is exempt from taxation under section four of the tax
law unless and until he or she shall have taken and subscribed the
following oath or affirmation: "I do solemnly swear (or affirm) that I
will support the constitution of the United States of America and the
constitution of the State of New York, and that I will faithfully
discharge, according to the best of my ability, the duties of the
position of ........................(title of position and name or
designation of school, college, university or institution to be here
inserted), to which I am now assigned."

The oath required by this section shall be administered by the
president or other head of such school, college, university or

12

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

institution, or by the officer or person, or in the case of a board or

body by a member of the board or body, having authority to employ such

person as a teacher, instructor or professor in such school, college,

university or institution, and each is hereby authorized to administer

it. The officer, person or member administering such oath shall cause a

record or notation of the fact to be made in the books or records of the

school, college, university or institution. In lieu of the oath

administered by an officer, person or member, an employee may comply

with the requirements of this section by subscribing and filing the

following statement: "I do hereby pledge and declare that I will support

the constitution of the United States and the constitution of the State

of New York, and that I will faithfully discharge the duties of the

position of ...........................according to the best of my

ability." Such oath or statement shall be filed with the clerk of a

school district or with such officer or employee of any such college,

university or other educational institution that shall be designated for

such purpose. Such oaths or statements shall be available for public

13

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action of the Brentwood Union Free School District, the Board of Education of the Brentwood Union Free School District, Superintendent Richard Loeschner, Trustees Robert Feliciano, G. Paula Moore, Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod and Cynthia Ciferri, and Principal Appointees Rosa Cortese and Rosa Nieves regarding negligence of duty and violations of the Constitution of the State of New York, New York State Education Laws, New York State Civil Rights Laws and New York State Executive Laws.

inspection and for transmittal to the commissioner of education upon his request. It shall be unlawful for an officer, person or board having control of the employment, dismissal or suspension of teachers, instructors or professors in such a school, college, university or institution, to permit a person to serve in any such capacity therein in violation of the provisions of this section. This section shall not be construed to require a person to take such oath or to execute such statement more than once during the time he or she is employed in the same school, college, university or institution, though there be a change in the title or duties of the position.

The provisions of section sixty-two of the civil service law shall not apply to a person who is required to take the oath or execute the statement prescribed by this section.

An enrolled member of an Indian nation or an Indian individual having an affiliation with an Indian nation recognized by the United States or the state of New York may elect to comply with the requirements of this section by instead subscribing and filing the following statement:

14

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

"I do solemnly affirm that I will faithfully discharge the duties of

the position of                according to the best of my

ability, and perform my duties in a manner consistent with the

constitution of the United States and the constitution of the state of

New York."

56. Upon information and belief, Rosamaria Cortese and Rosa Nieves did not take the oath of

office in this petition on or prior to September 2, 2020 nor prior to assuming and

beginning their service as elementary principals.

57. Persons who do not take the oath of office may not legally serve as administrators in the

Brentwood Union Free School District.

58. The Board of Education and Superintendent of Schools have been negligent in their duty

to require that administrators take the oath of office as required by New York State

Education Law 3002.

59. New York State Civil Rights Law, Article 4, Section 40-c states:

§ 40-c. Discrimination. 1. All persons within the jurisdiction of this

state shall be entitled to the equal protection of the laws of this

state or any subdivision thereof.

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

2. No person shall, because of race, creed, color, national origin,

sex, marital status, sexual orientation, gender identity or expression,

or disability, as such term is defined in section two hundred ninety-two

of the executive law, be subjected to any discrimination in his or her

civil rights, or to any harassment, as defined in section 240.25 of the

penal law, in the exercise thereof, by any other person or by any firm,

corporation or institution, or by the state or any agency or subdivision

of the state.

60. Dr. Tracy Adams, a Black/African-American with over 10 years of assistant principal

experience and three (3) years of elementary principal experience, was scheduled for an

interview on August 4, 2020. She was called and told that her interview was cancelled. It

was never rescheduled.

61. Neither Rosamaria Cortese nor Rosa Nieves have a doctoral degree in education or as

many years of experience as an elementary principal as Dr. Tracy Adams or as many

years of experience as an assistant principal as Dr. Tracy Adams.

62. Veronique Bailey, a Black/African-American who has served as a district-wide Director

of STEM and has served as an Assistant Superintendent, was scheduled for an interview

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

on August 4, 2020. She was called and told that her interview was cancelled. It was never

reschedeuled.

63. Neither Rosamaria Cortese nor Rosa Nieves have served in district-wide capacities like

Veronique Bailey.

64. William King Moss III, a Bilingual Education certified Black/African-American who has

been an administrator for 9 years and has served as Director of Academic Affairs, was

called the day before to schedule his interview when other candidates were called six (6)

days prior.

65. Neither Rosamaria Cortese nor Rosa Nieves have Bilingual Education certification.

66. Approximately 7,500 of the 18,500 students are enrolled in the District's Bilingual

Education program.

67. The following is a list of the schools within the Brentwood Union Free School District

and the principals Bilingual Education certification status as of October 1, 2020: "Yes"

for has Bilingual Education certification and "No" for does not have Bilingual Education

certification.

    a. Brentwood High School - No

    b. Brentwood Freshman Center - No

17

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

c. Brentwood North Middle School - Matt Gengler - No

d. Brentwood South Middle School - Dr. Bergre Escobores - No

e. Brentwood East Middle School - Barry Muhammad - No

f. Brentwood West Middle School - Felicia Thomas - No

g. Brentwood Twin Pines Elementary School - Dr. Gloria Jackson - No

h. Brentwood Pine Park Elementary School - Rosa Nieves - No

i. Brentwood Gail Kirkham Northeast Elementary School - Rosa Cortese - No

j. Brentwood North Elementary School - Patrick Morris - No

k. Brentwood Laurel Park Elementary School - Eric Snell - No

l. Brentwood Southeast Elementary School - Lisa Calderero - No

m. Brentwood Loretta Park Elementary School - Robert McCarthy - No

n. Brentwood Oakpark Elementary School - Lisa Catandella - No

o. Brentwood Hemlock Park Elementary School - Dr. Christopher Dalley - No

p. Brentwood Southwest Elementary School - Michelle Rogers - No

q. Brentwood East Kindergarten Elementary School - Minerva Feliciano - No

18

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

68. There are zero (0) Bilingual Education certified school principals out of the seventeen

(17) schools in a school district where 40% of the students are enrolled in the Bilingual

Education program.

69. 40% of 17 is 6.8 or seven (7) school principals.

70. Bilingual Education certification uniquely demonstrates training and understanding in the

delivery of instruction for major subjects in a language other than English.

71. The Respondent Superintendent and Board had an opportunity to hire two (2) Bilingual

Education certified principals because Ana Martinez and William King Moss III, and

perhaps others, are Bilingual Education certified (See Exhibit A and C).

72. The Respondent Superintendent and Board of Education did not hire a Bilingual

Education certified person to serve as elementary principal on September 2, 2020.

73. While the Board of Education's initial act of pushing for Ana Martinez may have had her

Bilingual Education certification in mind as a motivation, their method of achieving her

appointment was strictly illegal and can be categorized as criminal felony behavior.

74. The fact that there are zero (0) Bilingual Education certified school principals

demonstrates the Respondent Superintendent and Board's tendency and propensity

19

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

(trend) to hire underqualified Whites/Caucasians at the expense of a healthy diversity of

professional backgrounds to meet the needs of the student body.

75. The fact that there have been at least twenty-one (21) administrative hires or promotions

since July 1, 2017 and none of those administrators were Bilingual Education certified

demonstrates the Respondent Superintendent and Board's tendency and propensity

(trend) to hire underqualified Whites/Caucasians at the expense of a healthy diversity of

professional backgrounds to meet the needs of the student body.

76. The fact that there were two (2) elementary principal vacancies germaine to this position

and neither appointed candidate was Bilingual Education certified when at least two (2)

Bilingual Education certified candidates applied for the positions demonstrates the

Superintendent and Board's tendency and propensity (trend) to hire underqualified

Whites/Caucasians at the expense of a healthy diversity of professional backgrounds to

meet the needs of the student body.

77. Dr. Tracy Adams, Veronique Bailey and William King Moss III were all more qualified

than Rosamaria Cortese and Rosa Nieves.

78. At least three (3) Blacks/African-Americans had their interviews sabotaged by the

District by providing William King Moss III only 16 hours (considering 8 hours of

20

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

sleeping time) to prepare and rescinding (cancelling and not rescheduling) the interviews

of two (2) very highly qualified Blacks/African-Americans, arbitrarily and capriciously,

and without legitimate cause, namely Dr. Tracy Adams and Veronique Bailey.

79. At least three (3) Blacks/African-Americans were not given equal employment

opportunity to compete for the two (2) elementary principal positions appointed on

September 2, 2020.

80. Denying highly qualified Blacks/African-Americans equal employment opportunity in

competing for a position is a form of discrimination that violates the civil rights of

Blacks/African-Americans.

81. William King Moss III, as a resident of the district, has a residency advantage in Policy

9240 that was not considered in the hiring of the two (2) elementary principal positions.

82. Upon information and belief, Rosamaria Cortese had been an administrator for 8 years

prior to her being appointed principal.

83. Upon information and belief Rosa Nieves had been an administrator for 5 years prior to

her being appointed principal.

84. William King Moss III has more years of experience as an administrator than Rosamaria

Cortese.

21

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

85. William King Moss III has more years of experience as an administrator than Rosa

Nieves.

86. Denying William King Moss III his residency advantage while advancing

non-Black/African-American candidates is a form of color/race discrimination.

87. New York State Civil Rights Law, Article 4, Section

§ 44-a. Protecting civil and public rights.   A person who: 1.

Excludes a citizen of this state, by reason of race, color, creed,

national origin or previous condition of servitude, from any public

employment or employment in any capacity in industries engaged in

defense contracts or from the equal enjoyment of any accommodation,

facility or privilege furnished by innkeepers or common carriers, or by

owners, managers or lessees of theatres or other places of amusement, or

by teachers and officers of common schools and public institutions of

learning; or,

Is guilty of a misdemeanor, punishable by fine of not less than fifty

dollars nor more than five hundred dollars.

22

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

88. Brentwood Union Free School District, the Superintendent of Schools and the Board of
Education and its trustees as individuals were served with statistical information
demonstrating that their exclusionary actions ("first considering internal candidates",
"ripening" and "not posting vacant positions") reduce the employability of
Blacks/African-Americans. Their engagement in discriminatory activity beyond such
legal advisements carries with it an intent to reduce the employability of
Blacks/African-Americans.

89. Brentwood Union Free School District, the Superintendent of Schools and the Board of
Education and its trustees as individuals recommended and approved appointments that
came from the sabotage of the candidacies of at least three (3)
Blacks/African-Americans.

90. Brentwood Union Free School District, the Superintendent of Schools and the Board of
Education and its trustees as individuals are guilty of recommending and approving
appointments that came from the sabotage of the candidacies of at least three (3)
Blacks/African-Americans.

91. The Constitution of the State of New York, Article 1, Section 11 states:

23

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

§11. No person shall be denied the equal protection of the laws of this state or any

subdivision thereof. No person shall, because of race, color, creed or religion, be

subjected to any discrimination in his or her civil rights by any other person or by any

firm, corporation, or institution, or by the state or any agency or subdivision of the state.

(New. Adopted by Constitutional Convention of 1938 and approved by vote of the people

November 8, 1938; amended by vote of the people November 6, 2001.)

92. In November 2019, Brentwood Union Free School District, the Superintendent of

Schools and the Board of Education and its trustees as individuals admitted before the

Commissioner of Education to "first considering internal candidates," an unapproved and

unlawful practice that provides Whites/Caucasians with a disproportionate advantage in

the hiring of teachers (37:1) and administrators (3:1) while impairing

Blacks/African-Americans with a disproportionate disadvantage.

93. In November 2019, Brentwood Union Free School District, the Superintendent of

Schools and the Board of Education and its trustees as individuals admitted to "ripening"

temporary contracts into probationary contracts, a practice that has yielded zero (0)

Black/African-American probationary teacher and administrative appointments out of

over eighty (80) appointments since July 1, 2017.

24

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

94. The Brentwood Union Free School District records confirm that the Respondents have

not posted over 75 teaching positions and over 150 permanent substitute positions on

OLAS as required by school board policy 9240.

95. The Superintendent of Schools has gone on record at a Board meeting and confirmed that

Permanent Substitute Teachers get preference in the hiring of probationary teachers.

96. Less than 3% of Brentwood UFSD teachers are Black/African-American.

97. Approximately 10% of the Brentwood UFSD students are Black/African-American with

many students being Afro-Latino but categorized at White and Hispanic.

98. Brentwood Union Free School District, the Superintendent of Schools and the Board of

Education and its trustees as individuals have approved appointments that are consistent

with the district's policy of "first considering internal candidates."

99. Brentwood Union Free School District, the Superintendent of Schools and the Board of

Education and its trustees as individuals have consistently chosen to enact unapproved

and unlawful policies and practices that greatly reduce the number of

Black/African-American applicants and candidates for teaching and administrative

employment positions.

100.    The Constitution of the State of New York, Article XIII, Section 1 states:

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

Section 1.  Members of the legislature, and all officers, executive and judicial, except

such inferior officers as shall be by law exempted, shall, before they enter on the duties of

their respective offices, take and subscribe the following oath or affirmation: "I do

solemnly swear (or affirm) that I will support the constitution of the United States, and

the constitution of the State of New York, and that I will faithfully discharge the duties of

the office of ......, according to the best of my ability;" and no other oath, declaration or

test shall be required as a qualification for any office of public trust, except that any

committee of a political party may, by rule, provide for equal representation of the sexes

on any such committee, and a state convention of a political party, at which candidates

for public office are nominated, may, by rule, provide for equal representation of the

sexes on any committee of such party. (Amended by Constitutional Convention of 1938

and approved by vote of the people November 8, 1938.)

101.   New York State, Executive Law, Article 15, Section 291 states:

§ 291. Equality of opportunity a civil right.

1. The opportunity to obtain employment without discrimination because

of age, race, creed, color, national origin, sexual orientation, gender

identity or expression, military status, sex, marital status, or

26

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

_____

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

      disability, is hereby recognized as and declared to be a civil right.

102.    The Superintendent and each trustee of the Brentwood Board of Education willfully

    violated New York State Executive Law, Article 15, Section 291 by continuing a pattern

    of differential treatment in employment that advantages caucasians and disadvantages

    blacks and by engaging in hiring practices for elementary principals that eliminated

    blacks from and disadvantaged blacks in the applicant pool, a clear and evident disparate

    treatment.

103.    New York State, Executive Law, Article 15, Section 296 states:

    § 296. Unlawful discriminatory practices. 1. It shall be an unlawful
    discriminatory practice:

    (a) For an employer or licensing agency, because of an individual's
    age, race, creed, color, national origin, sexual orientation, gender
    identity or expression, military status, sex, disability, predisposing
    genetic characteristics, familial status, marital status, or domestic
    violence victim status, to refuse to hire or employ or to bar or to
    discharge from employment such individual or to discriminate against
    such individual in compensation or in terms, conditions or privileges of

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

---

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

employment.

104.    The Superintendent and each trustee of the Brentwood Board of Education willfully

violated New York State Law, Article 15, Section 296 by continuing a pattern of

differential treatment in employment that advantages caucasians and disadvantages

blacks and by engaging in hiring practices for elementary principals that eliminated

blacks from and disadvantaged blacks in the applicant pool, a clear and evident disparate

treatment.

105.    In the Commissioner's Decision No. 17,602, the Commissioner of Education ordered:

"I admonish respondents to comply with all aspects of board policy 9240 with respect to

administrative recruitments, and to amend such policy if it wishes to authorize exceptions

to the existing policy." (See Exhibit B)

106.    The Respondents for Decision No. 17,602 on the original petition were Brentwood

Union Free School District, Robert Feliciano, Paula Moore, Maria Gonzalez-Prescod and

Daniel Calderon.

107.    The Petitioner for Decision No. 17,602 William King Moss III is

Black/African-American.

28

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

108.    In Decision No. 17,602, the Commissioner concluded that the Respondents did not

give any reason why they did not interview William King Moss III, the only

Black/African-American candidate amongst two (2) candidates that applied.

109.    The Brentwood Union Free School District denied William King Moss III equal

employment opportunity along race and color lines on February 15, 2018.

110.    Brentwood School Board trustees Robert Feliciano, G. Paula Moore, Maria

Gonzalez-Prescod, Julia Burgos, Cynthia Ciferri, Simone Holder Daniel, Eileen Felix and

Superintendent Richard Loeschner are both individually and jointly responsible for

putting forth good faith efforts in adhering to a Commissioner of Education's

admonishment of the Brentwood Union Free School District.

111.    There is no public record of Brentwood School Board trustees Robert Feliciano, G.

Paula Moore, Maria Gonzalez-Prescod, Julia Burgos, Cynthia Ciferri, Simone Holder

Daniel, Eileen Felix or Superintendent Richard Loeschner putting forth good faith efforts

in adhering to the New York State Laws in the September 2, 2020 hiring of elementary

principals.

112.    School Board Policy #9240 states: "Recruiting and hiring shall be on the basis of

individual qualification."

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action of the Brentwood Union Free School District, the Board of Education of the Brentwood Union Free School District, Superintendent Richard Loeschner, Trustees Robert Feliciano, G. Paula Moore, Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod and Cynthia Ciferri, and Principal Appointees Rosa Cortese and Rosa Nieves regarding negligence of duty and violations of the Constitution of the State of New York, New York State Education Laws, New York State Civil Rights Laws and New York State Executive Laws.

113.    The Board of Education and Superintendent of Schools did properly provide interviews to highly qualified Blacks/African-Americans for the two (2) elementary principal positions appointed on September 2, 2020, thus preventing recruiting and hiring to be based on individual qualification.

114.    School Board Policy #9240 states: "The Board and its employees shall adhere to the practice of recruiting and hiring personnel without regard to age, color, creed, disability, marital status, national origin, race, religion, sex or any other status protected by federal or New York State law. No recruitment or selection processes shall have any bias based on the above-mentioned criteria."

115.    Upon information and belief, the Brentwood School Board and Superintendent of Schools engaged in a recruitment and hiring process that gave preference to Whites/Caucasians using its "first considering internal candidates rule" for the two (2) elementary principal positions appointed on September 2, 2020.

116.    School Board Policy 9240 does not allow for or permit preference to internal candidates along color/race lines in the hiring of administrators.

30

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

117.    The process of giving preference via a quid-pro-quo advantaged the color/race

category of White/Caucasian and disadvantaged the color/race category of

Black/African-American.

118.    The Brentwood School Board and Superintendent of Schools have amassed a pattern,

since July 1, 2017, of a continued and consistent engagement in policies and practices

that exclude and remove Blacks from district positions of employment while including

and saving White employees from vertical demotion or termination:

a.  From July 1, 2017 to present. Brentwood Union Free School District (BUFSD)

has enacted an internal practice of allowing teachers who have been accused of

physically or sexually abusing Brentwood students (specifically students of color)

to be reassigned to home with full pay pending investigation. This is a marked

change from the previous practice before July 1, 2017 of reassigning such accused

teachers to a different school or office.

b.  July 1, 2017 to June 30, 2018. BUFSD appointed an estimated zero (0) black

teachers out of 60+ hires.

c.  January 2018. Demoted first Black driver messenger hired in over 20 years for no

reason related to his performance on the job.

31

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

---

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

     d.   February 15, 2018. District denied Black Harvard graduate and district alum an interview for Assistant Superintendent for Bilingual Education and Student Intake against school board policy.

     e.   June 14, 2018. District gave preferential treatment in hiring an assistant principal for South Middle School by assigning a white female teacher finalist to the position during the interview processes and without also assigning the other finalist, a black female teacher, to the same opportunity/training in the hiring process.

     f.   June 14, 2018. District gave tenure to a white female chief administrator a month and a half after her department was aired on television for conducting disability discrimination against a 6 year old black female student.

     g.   June 2018. District superintendent violated a black male guidance counselor's right to privacy by forcing him to sit in a meeting, without notice, that would have disciplinary consequences with another teacher, namely the union/Brentwood Teachers Association president, who was not invited to take part in the meeting by the guidance counselor.

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

h.  July 2, 2018. District terminated alumnus who was the first Black guidance

counselor hired in over 20 years.

i.  August 8, 2018. District failed to terminate a white male head custodian who fired

a fire extinguisher into the face of his Latino subordinate.

j.  October 1, 2018. District failed to terminate a white male chief custodian who

was caught taking pictures of little league children playing across the street while

sitting in his car on district property.

k.  January 4, 2019. District failed to suspend without pay and failed to terminate a

white male physical education teacher who was arrested for and later convicted of

sexual misconduct with a minor Latina student.

l.  Spring 2019 to present. 22 Cover Letter and Resume applications of highly

qualified New York State certified Black/African American educators were

emailed to the Superintendent of Schools. From that pool, seven (7) reported

being interviewed and zero (0) reported being hired. Upon inspection, there were

several instances where black applicants with experience working in their license

were NOT interviewed/hired and a caucasian (Hispanic and non-Hispanic)

applicant who achieved his/her certification from June 2019 to as late as

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

September 27, 2019 was hired. Hiring caucasian applicants with little to no experience working after licensure/certification while not interviewing/hiring black applicants that have experience working after their certification demonstrates a pattern of bias that is favorable towards caucacian applicants and unfavorable towards black applicants.

m. September 2019. The Superintendent and Board of Education hired two White/Caucasian male administrators without a posting or interview/selection process.

n. Summer 2017 to October 2019. The Superintendent and Board of Education hired ten (10) White/Caucasian physical education teachers without a posting or openly competitive hiring process (Blacks/African-Americans had no knowledge of vacancies until they were being filled on school board agendas.)

o. April 2019 to November 2019. The Superintendent and Board of Education hired four (4) White/Caucasian ENL/ESOL (English as a New Language/English to Speakers of Other Languages) teachers without any posting and by aiding one of the candidates to achieve certification over a Black/African-American woman with ENL/ESOL certification.

34

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

      p.  February 2020. Six (6) members of the Board of Education refused to entertain a resolution presented by the Islip Town Branch of the NAACP to end discrimination in Brentwood School District.

      q.  August/September 2020. The Superintendent of Schools and the Board of Education approved a hiring procedure for the appointment of two elementary principals that included the cancelling of two (2) interviews for Black/African-American women (one former Assistant Superintendent and one former elementary principal and Brentwood graduate with a doctorate degree) who are more qualified than the appointed White/Caucasian appointees.

      r.  September 2020. The Superintendent of Schools and Board of Education approved a quid-pro-quo in the hiring of two (2) elementary principals along racial lines (one White/Caucasian non-Hispanic for one White/Caucasian Hispanic) to the detriment of Black/African-American applicants.

119.  The Superintendent and each trustee of the Brentwood Board of Education willfully violated School Board Policy 9240 by approving the September 2, 2020 appointment of two (2) elementary principal positions that included a racially biased recruitment and

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action of the Brentwood Union Free School District, the Board of Education of the Brentwood Union Free School District, Superintendent Richard Loeschner, Trustees Robert Feliciano, G. Paula Moore, Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod and Cynthia Ciferri, and Principal Appointees Rosa Cortese and Rosa Nieves regarding negligence of duty and violations of the Constitution of the State of New York, New York State Education Laws, New York State Civil Rights Laws and New York State Executive Laws.

selection process (by pattern of differential treatment and this instance of disparate impact).

120. School Board Policy #9240 states: "The Board will practice due diligence in finding the most qualified persons for any open positions."

121. By appointing all excessed teachers as permanent substitute teachers without a bona fide selection process, the Brentwood School Board and Superintendent of Schools did not practice due diligence in finding the most qualified person for the job.

122. The Superintendent and each trustee of the Brentwood Board of Education willfully violated School Board Policy 9240 by approving the September 2, 2020 appointment of two (2) elementary principals positions that did not include the practice of due diligence in finding the most qualified persons for any open positions.

123. School Board Policy #9240 states: "Selection of employees is made pursuant to the District's standard screening process, interview process, reference check process, collective bargaining agreements, Civil Service Laws, and other legal requirements."

124. At previous board meetings, the Superintendent of Schools explained to the public that the District has a standard screening process and interview process for administrative positions.

36

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action of the Brentwood Union Free School District, the Board of Education of the Brentwood Union Free School District, Superintendent Richard Loeschner, Trustees Robert Feliciano, G. Paula Moore, Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod and Cynthia Ciferri, and Principal Appointees Rosa Cortese and Rosa Nieves regarding negligence of duty and violations of the Constitution of the State of New York, New York State Education Laws, New York State Civil Rights Laws and New York State Executive Laws.

125. The Superintendent of Schools recommended and the Brentwood School Board approved an appointment that was not made pursuant to the District's screening process, interview process, reference check process or collective bargaining agreements in approving two (2) elementary principals positions on September 2, 2020.

126. School Board Policy #9240 states: "The selection process shall include a preference for District residents where candidates' skills, experience, and criteria used in the selection process are equivalent."

127. The Superintendent and Brentwood Board of Education did not allow for Brentwood Union Free School District residents to apply for the two (2) elementary principal positions appointed on September 2, 2020.

128. The Board of Education and Superintendent of Schools violated policy #9240 by appointing the two (2) elementary principal positions appointed on September 2, 2020 via a selection process that could not and did not "include a preference for District residents."

129. The Superintendent and each trustee of the Brentwood Board of Education willfully violated School Board Policy 9240 by appointing the two (2) elementary principal positions appointed on September 2, 2020 via a recruitment and selection process that gave preference to internal candidates. This process favored non-residents, giving

37

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

preferential treatment to two (2) non-residents by excluding all Brentwood Union Free

School District residents, the very opposite intent of school board policy #9240.

130.    School Board Policy #0100 Equal Opportunity and Non-Discrimination states: "The

Board of Education, its officers and employees, will not unlawfully discriminate in the

District's programs or activities or permit unlawful discrimination to occur on the basis of

actual or perceived race, color...".

131.    The Superintendent and Brentwood Board of Education did not allow persons of the

African-American race category and Black color category to interview fairly for the two

(2) elementary principal positions appointed on September 2, 2020.

132.    The Board of Education and Superintendent of Schools violated policy #0100 by

appointing the two (2) elementary principal positions appointed on September 2, 2020 via

a selection process that sabotaged the interviews of persons of the African-American

race category and Black color category.

133.    School Board Policy #9110 Equal Employment Opportunity states: "The Board of

Education is committed to providing equal access to all categories of employment in this

district, regardless of race, color,..."

38

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

134.    The Superintendent and Brentwood Board of Education did not provide persons of

the African-American race category and Black color category with equal access for the

two (2) elementary principal positions appointed on September 2, 2020.

135.    The Board of Education and Superintendent of Schools violated policy #9110 by

appointing the two (2) elementary principal positions appointed on September 2, 2020 via

a selection process that did not provide equal access to the African-American race

category and Black color category.

136.    School Board Policy #9110 Equal Employment Opportunity states: "The Board

believes it to be in the interest of both students and the public to have a staff which is

highly qualified and effective in performing the duties assigned to them, and which

contains a healthy diversity of personal backgrounds."

137.    Brentwood Union Free School District has zero (0) school principals with Bilingual

Education certification.

138.    The Superintendent and Brentwood Board of Education acted against the interest of

both the students and the public when they hired the two (2) elementary principal

positions appointed on September 2, 2020 without seeking a healthy diversity of personal

backgrounds as demonstrated in their not hiring Bilingual Education certified building

39

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

_____

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

administrators in a school system where 40% of the students are Bilingual Education

students.

139.    The Board of Education and Superintendent of Schools violated policy #9110 by

appointing the two (2) elementary principal positions appointed on September 2, 2020

without seeking a healthy diversity of personal backgrounds.

140.    School Board Policy #9110 Equal Employment Opportunity states: "The

Superintendent of Schools shall ensure that applicants for open positions in either the

administrative, instructional or support staff of the district, are actively sought from

members of any minority group which is underrepresented in that staff."

141.    The Superintendent and Brentwood Board of Education did not actively seek

members of any minority group which is underrepresented in the staff, such as

Blacks/African-Americans, for the two (2) elementary principal positions appointed on

September 2, 2020 using traditional methods such as outreach to Historically Blacks

Colleges or Universities, outreach to the NAACP or Long Island Black Educators

Association or outreach to Black churches or fraternal organizations.

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

142.   The Board of Education and Superintendent of Schools violated policy #9110 by not actively seeking members of any minority group which is underrepresented in the staff when appointing the two (2) elementary principal positions on September 2, 2020.

143.   School Board Policy #9110 Equal Employment Opportunity states: "Candidates for open positions, as well as for promotion and transfer, will be given full consideration and evaluated on the basis of education, experience and ability, to determine fitness to perform the duties of the position."

144.   The Superintendent and Brentwood Board of Education did not give <u>full</u> consideration to at least three (3) Black/African-American candidates for the two (2) elementary principal positions appointed on September 2, 2020.

145.   The Board of Education and Superintendent of Schools violated policy #9110 by not fully considering at least three (3) Black/African-American candidates for the two (2) elementary principal positions appointed on September 2, 2020.

146.   School Board Policy #9110 Equal Employment Opportunity states: "At no time will any candidate for employment, current employee or former employee suffer any adverse action, or be granted any benefit, for any reason other than personal merit or conduct, or in violation of any law or regulation."

41

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

147. The Superintendent and Brentwood Board of Education committed an adverse action

against William King Moss III, a former employee, when he was given 24 hours to

prepare for his interview for the two (2) elementary principal positions appointed on

September 2, 2020 while other candidates were given six (6) days.

148. The Board of Education and Superintendent of Schools violated policy #9110 by

committing an adverse action against William King Moss III, a former employee, when

he was given 24 hours to prepare for the two (2) elementary principal positions appointed

on September 2, 2020.

149. School Board Policy #9110 Equal Employment Opportunity states: "The Board is

committed to non-discrimination in all areas related to employment including recruitment

and appointment of employees, compensation and related benefits and grievance

procedures."

150. The Superintendent and Brentwood Board of Education did not allow for the

appointment of persons from the African-American race category and Black color

category to apply for the two (2) elementary principal positions appointed on September

2, 2020 because they engaged in an illegal quid-pro-quo.

42

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

151.   The Board of Education and Superintendent of Schools violated policy #9110 by

appointing the two (2) elementary principal positions appointed on September 2, 2020

not allowing for the appointment of persons of the African-American race category and

Black color category because of an illegal quid-pro-quo.

152.   At no time on September 2, 2020, during the course of the Board of Education public

meeting did any trustee voice any opposition to the appointment of the two (2)

elementary principal positions.

153.   Upon information and belief, the two (2) elementary principal positions appointed on

September 2, 2020 did not take an oath of office to serve as a teacher in Brentwood

Union Free School District.

154.   Upon information and belief, a person cannot serve as a teacher in New York State

without taking the appropriate oath of office.

155.   The Brentwood Union Free School District, Brentwood Board of Education, each of

the Board of Education trustees, and the Superintendent of Schools have violated the

Constitution of the State of New York.

156.   New York State Education Law, Article 5, Section 211-C.3 states:

§ 211-c. Distinguished educators. The regents shall establish a

43

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

distinguished educator program that recognizes educational leaders who

have agreed to assist in improving the performance of low performing

school districts.

3. The commissioner may appoint a distinguished educator to a school

district;

a. when such district or a school within such district has failed to

achieve adequate yearly progress for four or more years;

b. as a member of a joint school intervention team pursuant to

paragraph b of subdivision two of section two hundred eleven-b of this

part.

157.    Brentwood Union Free School District houses Brentwood High School that has the

second lowest graduation rate amongst public high schools in Suffolk County.

158.    NYSED published research in its Education Diversity Report that shows that teacher

diversity in the form of Black/African-American students having at least one (1)

Black/African-American teacher correlates with higher performance for those

Black/African-American students.

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

---

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gónzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

159.    According to the Educator Diversity Report published by NYSED,

Black/African-American students who do not have at least one (1)

Black/African-American teacher underperform those that do.

160.    The active denial of equal employment opportunity to Black/African-American

prospective teachers contributes to the underperformance of Black/African-American

students according to the Educator Diversity Report published by NYSED.

161.    NYSED's 2011-2012, 2012-2013, 2013-2014, 2014-2015, 2015-2016, and 2016-2017

School Report Cards designate that "All Students" as not making adequate yearly

progress (AYP).

162.    Brentwood Union Free School District failed to achieve adequate yearly progress for

six (6) years in the past ten (10) years.

163.    The Commissioner may appoint a distinguished educator to Brentwood Union Free

School District.

164.    NYSED's 2018-2019 School Report Card designated the Brentwood Union Free

School District as needing "Comprehensive Support and Improvement."

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action of the Brentwood Union Free School District, the Board of Education of the Brentwood Union Free School District, Superintendent Richard Loeschner, Trustees Robert Feliciano, G. Paula Moore, Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod and Cynthia Ciferri, and Principal Appointees Rosa Cortese and Rosa Nieves regarding negligence of duty and violations of the Constitution of the State of New York, New York State Education Laws, New York State Civil Rights Laws and New York State Executive Laws.

165.    NYSED's 2018-2019 School Report Card designated the Brentwood Union Free School District's Black or African-American students as needing "Targeted Support and Improvement."

166.    NYSED's 2018-2019 School Report Card designated the Brentwood Union Free School District's Black or African-American students as needing "Targeted Support and Improvement."

167.    In addition, NYSED's 2018-2019 School Report Card designated the Brentwood Union Free School District's Asian or Native Hawaiian/Other Pacific Islander, Hispanic or Latino, and White students as needing "Targeted Support and Improvement."

168.    In February 2020, the Board appointed a board consultant for Equity, Diversity and Inclusion with Robert Feliciano, G. Paula Moore, Eileen Felix and Maria Gonzalez-Prescod voting yes, Julia Burgos voting no, Cynthia Ciferri abstaining and Simone Holder-Daniel being absent.

169.    As of December 2019 and according to district records, only six (6) out of four hundred twenty-nine (435) probationary or tenured elementary teachers were Black/African-American.

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

170.   Less than 2% of Brentwood Union Free School District's probationary or tenured

elementary teachers are Black/African-American.

171.   Since the Respondent Superintendent and Board of Education majority took power on

July 1, 2017, at least thirty-seven (37) probationary elementary teachers have been hired.

172.   Since the Respondent Superintendent and Board of Education majority took power on

July 1, 2017, zero (0) Black/African-American probationary elementary teachers have

been hired.

173.   There are eleven (11) elementary schools in Brentwood Union Free School District.

174.   Brentwood Union Free School District has at least five (5) elementary schools that do

not have one (1) Black/African-American probationary or tenured teacher.

175.   Brentwood Union Free School District gives preferential treatment to permanent

substitutes in the probationary elementary teacher hiring process.

176.   Brentwood Union Free School District has a history of not posting permanent

substitute positions on OLAS as required by School Board Policy #9240.

177.   Brentwood Union Free School District has a history of not posting permanent

substitute positions on its website as required by School Board Policy #9240.

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

178.    Brentwood Union Free School District hires permanent substitute positions by

"word-of-mouth".

179.    The Equal Employment Opportunity Commission (EEOC) deems "Word-of-mouth"

hiring discriminatory when it denies equal employment opportunity by giving preferential

treatment to a protected status category by hiring "almost all" of the positions to a

specific type within a protected status category.

180.    The EEOC website titled Prohibited Employment Policies /Practices with url

https://www.eeoc.gov/prohibited-employment-policiespractices on September 26, 2020

stated:

"It is illegal for an employer to recruit new employees in a way that discriminates against

them because of their race, color, religion, sex (including gender identity, sexual

orientation, and pregnancy), national origin, age (40 or older), disability or genetic

information.

For example, an employer's reliance on word-of-mouth recruitment by its mostly

Hispanic work force may violate the law if the result is that almost all new hires are

Hispanic."

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

181.    Because of the consistent and persistent denial of equal employment opportunity for

Blacks/African-Americans beyond the Board's appointment of a consultant for Equity,

Diversity and Inclusion and because having at least one (1) Black/African-American

teacher has been connected to higher student performance amongst Black or

African-American students, the Commissioner should appoint a distinguished educator to

Brentwood Union Free School District to address administrator hiring and effect equal

employment opportunity for Blacks/African-Americans as a method to improve student

performance amongst Black/African-American students.

182.    The Petitioners have a right to be governed by a Superintendent and Board of

Education that does not exclude Blacks/African-Americans from the opportunity of

employment while giving non-Blacks/African-Americans employment opportunity.

183.    Petitioner Moss filed a hiring discrimination lawsuit in November 2019 in Federal

Court against Respondent Board of Education, Board of Education trustees as individuals

and Superintendent of Schools for neglecting to uphold his civil rights and civil and

public rights as a highly qualified Black/African-American.

184.    At least five (5) race/color discrimination in hiring complaints have been filed against

Respondent Board of Education, Board of Education trustees as individuals and

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Principal Appointees Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

Superintendent of Schools with the New York EEOC, New York Division of Human

Rights and the New York Commissioner of Education from February 2020 to September

2020 (before the 2nd) for neglecting to uphold the civil rights and civil and public rights

of Blacks/African-Americans in hiring, namely Crystal Jackson vs. BUFSD et al, Gary

DuMornay vs BUFSD et al, William Moss vs. BUFSD et al, Toni Stewart vs. BUFSD et

al, and Fredrika Miller vs BUFSD et al.

185.   Respondent Board of Education, Board of Education trustees as individuals and

Superintendent of Schools were aware of at least six (6) different complaints of hiring

discrimination for teaching and administrative positions from Blacks/African-Americans

for excluding them from employment opportunities or diminishing their employment

opportunity along race/color lines.

186.   The act of first considering internal candidates denied William King Moss III equal

employment opportunity, denied William King Moss III equal protection under the law,

denied William King Moss III residency advantage granted by policy #9240 and created a

"Non-Blacks Only" effect for the two (2) elementary principal positions.

187.   Respondent Board of Education, Board of Education trustees as individuals and

Superintendent of Schools were wrongful in recommending and appointing the the two

50

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

(2) elementary principal positions on September 2, 2020 while knowingly violating the

civil rights to equal employment opportunity of Blacks/African-Americans and the civil

and public rights to equal treatment under the law of Blacks/African-Americans.

188.    Respondent Board of Education, Board of Education trustees as individuals and

Superintendent of Schools were intentional in recommending and appointing the two (2)

elementary principal positions on September 2, 2020 an act that involved sabotaging the

candidacies of Blacks/African-Americans.

189.    Wrongfully and intentionally excluding Blacks/African-Americans from properly

competing for two (2) elementary principal positions is a wilful violation of New York

State Civil Rights laws and neglect of duty in upholding New York State Civil Rights

laws.

190.    Wilfully violating civil rights laws and wilfully neglecting duties to uphold New York

State Civil Rights laws are acts that are worthy of removal from office.

191.    Wrongfully and intentionally sabotaging the candidacies of highly qualified

Blacks/African-Americans is a wilful violation of New York State Executive laws and

neglect of duty in upholding New York State Executive laws.

51

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

192.    Wilfully violating civil rights laws and wilfully neglecting duties to uphold New York

State Executive are acts that are worthy of removal from office.

193.    Wrongfully and intentionally sabotaging the candidacies of

Blacks/African-Americans for two (2) elementary principal positions is a wilful violation

of the Constitution of New York State and neglect of duty in supporting the Constitution

of New York State.

194.    Wilfully violating the Constitution of New York State and wilfully neglecting duties

to support the Constitution of New York State are acts that are worthy of removal from

office.

195.    Wilfully violating and neglecting the duty to support the Constitution of the State of

New York legally violates an oath of office that contains a vow to "support the

Constitution of the State of New York."

196.    Wilfully violating an oath of office and wilfully neglecting duties to uphold an oath of

office are acts that are worthy of removal from office.

197.    On September 2, 2020, Respondent Board of Education, Board of Education trustees

as individuals and Superintendent of Schools knew that employees and officers must sign

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

192.    Wilfully violating civil rights laws and wilfully neglecting duties to uphold New York

State Executive are acts that are worthy of removal from office.

193.    Wrongfully and intentionally sabotaging the candidacies of

Blacks/African-Americans for two (2) elementary principal positions is a wilful violation

of the Constitution of New York State and neglect of duty in supporting the Constitution

of New York State.

194.    Wilfully violating the Constitution of New York State and wilfully neglecting duties

to support the Constitution of New York State are acts that are worthy of removal from

office.

195.    Wilfully violating and neglecting the duty to support the Constitution of the State of

New York legally violates an oath of office that contains a vow to "support the

Constitution of the State of New York."

196.    Wilfully violating an oath of office and wilfully neglecting duties to uphold an oath of

office are acts that are worthy of removal from office.

197.    On September 2, 2020, Respondent Board of Education, Board of Education trustees

as individuals and Superintendent of Schools knew that employees and officers must sign

52

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action of the Brentwood Union Free School District, the Board of Education of the Brentwood Union Free School District, Superintendent Richard Loeschner, Trustees Robert Feliciano, G. Paula Moore, Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod and Cynthia Ciferri, and Principal Appointees Rosa Cortese and Rosa Nieves regarding negligence of duty and violations of the Constitution of the State of New York, New York State Education Laws, New York State Civil Rights Laws and New York State Executive Laws.

oaths of office because they signed oaths of office and witnessed each other, as officers (trustees) and employee (superintendent), signing oaths of office.

198.    Respondent Board of Education, Board of Education trustees as individuals and Superintendent of Schools were wrongful in hiring two (2) elementary principals without their taking an oath of office.

199.    Respondent Board of Education, Board of Education trustees as individuals and Superintendent of Schools have practiced the hiring of administrators without an oath of office for the past three (3) years.

200.    Wrongfully and intentionally hiring administrators without their taking an oath of office is a wilful violation of New York State Education law 3002 and neglect of duty in upholding New York State Education law 3002.

201.    Wilfully violating New York Education laws and wilfully neglecting duties to uphold New York State Education laws are acts that are worthy of removal from office.

202.    The Commissioner of Education has removed and sustained the removal of school officers over singular illegal acts such as violating the confidentiality of executive session, a violation of Public Officers Law.

53

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

203.    Petitioner Moss alleges that Respondents singular act of hiring two (2) elementary

principals violated one (1) section of New York State Education Laws (3002), two (2)

sections of New York Civil Rights Laws (40-C and 44-A), two (2) sections of New York

State Executive Laws (291 and 296), two (2) sections of the Constitution of the State of

New York (Article 1, Section 11 and Article 8, Section 1) for a total of seven (7)

violations of law.

204.    Since the Commissioner of Education has the jurisdiction and authority to remove a

Board of Education member/trustee and Superintendent of Schools for a violation of a

New York State Law, then the Commissioner of Education has the jurisdiction and

authority to remove a Board of Education member/trustee and Superintendent of Schools

for violations of more than one (1) law.

205.    Petitioners Moss alleges that Respondents' singular act of hiring two (2) elementary

school principals has violated ten (10) clauses of Brentwood School Board Policy #9240,

one (1) clause of Brentwood School Board Policy #0100, and six (6) clauses of

Brentwood School Board Policy #9110 for a total of seventeen (17) violations of

Brentwood School Board Policy.

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

206.    The Commissioner of Education has ordered District officers to follow School Board

Policy over singular violations of school board policy.

207.    Since the Commissioner of Education has the jurisdiction and authority to order

District officers to comply with School Board Policy, then the Commissioner of

Education has the jurisdiction and authority to order District officers to comply with

more than one (1) school board policy.


**SUMMARY**

The Brentwood Union Free School District, governed by the Board of Education and

Superintendent of Schools must obey the laws of New York State. The Respondents remain

consistent and persistent in denying Blacks/African-Americans their civil right to equal

employment opportunity. The Respondents consistently and persistently provide

Whites/Caucasians (mostly non-Hispanic Whites, but also including White Hispanics) with

pathways to employment that effectively exclude Blacks/African-Americans as demonstrated in

the hiring of the two (2) elementary principal positions appointed on September 2, 2020. The

Respondents, Superintendent Richard Loeschner and Trustees Robert Feliciano, G. Paula Moore,

Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod, and Cynthia Ciferri

55

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

---

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

have willfully and constructively denied equal employment opportunity to

Blacks/African-Americans and denied the privileges of residents while providing advantages to

Whites/Caucasians only, a special treatment that is outlawed in New York State. The

Commissioner should, respectfully, appoint a Distinguished Educator because the Brentwood

Union Free School District consistently and persistently disregards the civil rights of highly

qualified Blacks/African-Americans and the educational interests of Black/African-American

students. Because of their abject negligence in protecting civil rights and their willful disregard

of their responsibility to obey numerous New York State Laws, the Board trustees and the

Superintendent of Schools are worthy of removal.

**PLEA.** THEREFORE, William King Moss III respectfully requests:

1. The Commissioner of Education remove all seven board members (Robert Feliciano, G.
   Paula Moore, Eileen Felix, Julia Burgos, Simone Holder-Daniel, Maria Gonzalez-Prescod
   and Cynthia Ciferri) from the Brentwood Board of Education for neglect of duty in
   correcting the Superintendent of Schools when he violates school board policy, their
   failure to obey New York State Laws and their failure uphold their oaths of office.

56

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action of the Brentwood Union Free School District, the Board of Education of the Brentwood Union Free School District, Superintendent Richard Loeschner, Trustees Robert Feliciano, G. Paula Moore, Julia Burgos, Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-Prescod and Cynthia Ciferri, and Principal Appointees Rosa Cortese and Rosa Nieves regarding negligence of duty and violations of the Constitution of the State of New York, New York State Education Laws, New York State Civil Rights Laws and New York State Executive Laws.

2. The Commissioner of Education remove the Superintendent of Schools Richard Loeschner for failure to adhere to School Board Policies #9240, #0100 and #9110, failure to obey New York State Laws and failure uphold his oath of office.

3. The Commissioner of Education order the Brentwood Board of Education and Superintendent of Schools to follow all District Policies, New York State Laws and Commissioner Regulations pertaining to the Recruiting and Hiring of all personnel.

4. The Commissioner of Education reverse the Brentwood Board of Education's decision to appoint the two (2) elementary principal positions appointed on September 2, 2020 and order a state-supervised recruiting and selection process in accordance with school board policy #9240.

5. The Commissioner of Education appoint a Distinguished Educator to monitor the hiring of teachers and administrators to uphold the civil rights of highly qualified Black/African-American teachers and other teachers of color and to benefit the school performance of Black/African-American students and other students.

6. The Commissioner of Education provide for an immediate stay in the employment of the fifteen (15) permanent substitute positions.

57

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

7. The Commissioner of Education provide for Oral Arguments: 15 minute statement, 5

minute rebuttal.

Signed: _____

Dated: ___10/2/2020___

William King Moss III

32 S. 5th Ave, Brentwood, NY 11717

631-245-3957

Subscribed and sworn to

before me this __2__ day of

__October__ 20__20__

_____
(Signature of notary public)

AILEEN R. ROSENBAUM
NOTARY PUBLIC, State of New York
No. 01RO4731195
Qualified in Nassau County
Term Expires June 30, ___2022___

58

STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

---

In the Matter of William King Moss III on the action
of the Brentwood Union Free School District, the
Board of Education of the Brentwood Union Free
School District, Superintendent Richard Loeschner,
Trustees Robert Feliciano, G. Paula Moore, Julia Burgos,
Eileen Felix, Simone Holder-Daniel, Maria Gonzalez-
Prescod and Cynthia Ciferri, and Principal Appointees
Rosa Cortese and Rosa Nieves regarding negligence of
duty and violations of the Constitution of the State of
New York, New York State Education Laws, New York
State Civil Rights Laws and New York State Executive
Laws.

## AFFIDAVIT OF VERIFICATION

STATE OF NEW YORK:

:ss.

COUNTY OF SUFFOLK:

William King Moss III being duly sworn deposes and says that he/she is the petitioner in this
proceeding; that he/she has read the annexed verified petition and knows the contents
thereof; that the same is true to the knowledge of deponent except as to the matters
therein stated to be alleged upon information and belief, and as to those matters he/she
believes it to be true.

(Signature)

(In the case of a corporation, LLC, LLP, or other business entity, include the title of officer or
authorized representative signing the affidavit of verification.)

Subscribed and sworn to

before me this __2__ day of

__October__ 20__22__

(Signature of notary public)

AILEEN R. ROSENBAUM
NOTARY PUBLIC, State of New York
No. 01RO4731195
Qualified in Nassau County
Term Expires June 30, __2022__